1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   TRAVIS SHANE NORTHCUTT,              Case No.  2:24-cv-2503-DJC-JDP (P)

12            Plaintiff,

13         v.                            ORDER TO SHOW CAUSE

14   SACRAMENTO SHERIFF'S
     DEPARTMENT, *et al.*,
15

16            Defendants.

17

18        On January 29, 2025, I screened plaintiff's complaint and notified him that all the claims

19   could not proceed together.  ECF No. 10.  I ordered him to file, within thirty days, an amended

20   complaint or a notice to proceed with certain claims.  *Id.*  To date, plaintiff has not filed any

     response.

21

22        The court has the inherent power to control its docket and may, in the exercise of that

23   power, impose sanctions where appropriate, including dismissal.  *Bautista v. Los Angeles Cnty.*,

24   216 F.3d 837, 841 (9th Cir. 2000); *see* Local Rule 110 ("Failure of counsel or of a party to

25   comply with these Rules or with any order of the Court may be grounds for imposition by the

26   Court of any and all sanctions . . . within the inherent power of the Court.").  A court may dismiss

27   an action based on a party's failure to prosecute an action, failure to obey a court order, or failure

28   to comply with local rules.  *See Henderson v. Duncan*, 779 F.2d 1421, 1424 (9th Cir. 1986)

                                            1

1 (dismissal for lack of prosecution and failure to comply with local rules).

2       I will give plaintiff a chance to explain why the court should not dismiss the case for his

3 failure to file an amended complaint or advisement of his intent to proceed with certain claims.

4 Plaintiff's failure to respond to this order will constitute a failure to comply with a court order and

5 will result in a recommendation that this action be dismissed.  Accordingly, plaintiff is ordered to

6 show cause within twenty-one days why this case should not be dismissed for failure to prosecute

7 and failure to comply with court orders.  Should plaintiff wish to continue with this lawsuit, he

8 shall file, within twenty-one days, an amended complaint or notice of intent to proceed with

9 certain claims.

10

11 IT IS SO ORDERED.

12

Dated:    March 18, 2025

13                                                    JEREMY D. PETERSON
                                                     UNITED STATES MAGISTRATE JUDGE
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28